IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| RANDY JONES, | : | Civil Action No. |
| | : | 5:94-cr-3 (HL) |
| Defendant. | : | |
| _____ | : | |

## ORDER

To memorialize its ruling from the bench made during the hearing to revoke the Defendant's supervised release, the Court hereby orders that the remaining fine balance is remitted.

**SO ORDERED**, this the 25th day of April, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc